No. 677. A. P. SMITH MANUFACTURING CO. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Robert P. Weil* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Meyer Rothwacks* for the United States.

No. 711. FORSTER MFG. CO., INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 1st Cir. Certiorari denied. *Charles S. Rhyne, Brice W. Rhyne, Alfred J. Tighe, Jr., Richard A. Tilden* and *Charles H. Burton* for petitioners. *Solicitor General Marshall* and *James McI. Henderson* for respondent.

No. 718. CUDMORE *v.* RICHARDSON-MERRELL, INC. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. *Harvey L. Davis* for petitioner. *Donald L. Case* and *Jack Pew, Jr.,* for respondent.

No. 719. BRANCH ET AL. *v.* JOHNSON. C. A. 4th Cir. Certiorari denied. *Julian R. Allsbrook* and *Richard B. Allsbrook* for petitioners. *Philip J. Hirschkop, Bernard S. Cohen, William M. Kunstler* and *Arthur Kinoy* for respondent. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for the State of North Carolina, as *amicus curiae,* in support of the petition.

No. 721. PEACOCK RECORDS, INC., ET AL. *v.* CHECKER RECORDS, INC., ET AL. C. A. 7th Cir. Certiorari denied. *William R. Ming, Jr.,* for petitioners. *Anthony Bradley Eben* for respondents.

No. 722. ARNONE ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Eugene Feldman* for petitioners. *Nat H. Hentel* for respondent.